I'm just wondering, are you just looking to make it easier to look at the style of technique that you've been applying for the last couple of years? And are you looking to try to do that in sort of a more budget-friendly way? Is that what you're looking to do? That's what you're looking to do, right? Yeah. I mean, you know, you're dealing with a lot of machines. Thank you so much. Thank you. Thank you. Thank you. I know you've got a name for it. And it's a one-dimensional thing. We'll say you're a one-dimensional thing. Virtually it requires a new face-painting, a new aesthetic system. And everybody knows the case of the Hitchhiker's Instance. The Hitchhiker's Instance basically comes from a reliable business system that's as well-described. But it's in every way that you know. You can fix the system in six months. And it's a today-in-person, medicine, pharmacopharmacy for people with autism, blood tests, testing. If you don't leave it anywhere, you can still do it in person. You can do a physical job and drive it to a number of different ways, you know, so we can adapt to traditional systems. We talked about millennial systems. We worked on that. It's a biometric toolkit. Careful how you share it. Don't take advantage of it. And why are you awarding a government-recognized result which is ____? For the resources we're all going to get. All these CMS documents, if that hard piece isn't to bizearing in examples, it means that there are other fantasies out there of creating medicinal therapies for NED populations in a system such that it's incomplete and unique. Some people still have limitations to the flavor of medicine ____?
judges: Tashima, M. Smith, Korman